IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANETTE VOMUND, as Personal Representative of the Estate of JARED C. MARTIN, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:08CV76 |
| vs. | ) ) | ORDER |
| SIGNOR TRUCKING, INC, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion to Substitute Parties (Filing No. 14). The plaintiff seeks to substitute herself in her personal capacity for herself as a personal representative of the deceased. The plaintiff filed Letters of Administration to support the substitution under Federal Rule of Civil Procedure 21. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Substitute Parties (Filing No. 14) is granted.
2. The Clerk of Court shall amend the docket sheet to reflect the plaintiff is "Janette Vomund as Personal Representative of the Estate of Jared C. Martin, Deceased."
3. The parties shall confer and file a planning conference report as required by Federal Rule of Civil Procedure 26(f) **on or before June 12, 2008**.

DATED this 22nd day of May, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge