IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANETTE VOMUND | Case No. 8:08CV76 |
| Plaintiff, | |
| vs. | ORDER TO WITHDRAW EXHIBITS |
| SIGNOR TRUCKING, INC.<br>MARK M. STRATHMAN | |
| Defendant. | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the defendant is ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

Exhibit No. 100, 102-104, 112-114 - Trial Held August 24 - 27, 2009

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 15th day of September, 2009.

s/ Joseph F. Bataillon
United States District Judge